**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD A. DAVIDSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMUNITY MEDICAL SERVICES, *et al.*,**<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No. 2:25-cv-474**<br><br>**JUDGE ALGENON L. MARBLEY**<br><br>**MAGISTRATE JUDGE LITKOVITZ** |

**<u>OPINION & ORDER</u>**

On December 1, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 9), recommending that Plaintiff's case be **DISMISSED** because the complaint fails to demand any form of relief in violation of Fed. R. Civ. P. 8(a)(3). (*Id.*). Plaintiff's objection was due by December 15, 2025. Plaintiff was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's case is hereby **DISMISSED without prejudice** for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2026**